UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:  Wilson, Jonathan & Kimberly            Case No. 18 - 00847

        Debtor(s).                                         Chapter 7
_____/

# DISCLOSURE OF COMPENSATION - - RULE 2016 (b)

1. Pursuant to 11 U.S.C. S329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-names debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is $1,300.00 plus filing fee.

2. The source of the compensation paid, or to be paid to me was the debtor.

3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

Date: 3/1/18            Signature: _____
                                    CONRAD H. VINCENT, JR. (P58070)